MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail:  James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00583 SBA |
| ) Plaintiff, ) | [PROPOSED] ORDER DETAINING DEFENDANT ALEJANDRO GUTIERREZ PENDING TRIAL |
| v. ) | |
| ALEJANDRO GUTIERREZ, ) | Date: August 26, 2011 |
| ) Defendant. ) | Time: 9:30 a.m. Court: Hon. Laurel Beeler |

Defendant Alejandro Gutierrez was charged in a one-count complaint with possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).[1]  The United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).  Given the nature of the

---

[1] Defendant has since been charged in an indictment with possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii).

[PROPOSED] DETENTION ORDER
No. CR-11-00583 SBA            1

1 crime charged, there is a rebuttable presumption in this case that no conditions or combination of
2 conditions will reasonably assure the appearance of defendant as required and the safety of any
3 other person and the community. See 18 U.S.C. § 3142(e)(3)(A). On August 24, 2011 and
4 August 26, 2011, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the
5 Pretrial Services report, the criminal complaint filed in this case, the proffers provided by the
6 parties to date (defendant has reserved his right to make a further proffer in the future), and the
7 factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, as no condition or
8 combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of
9 defendant as required and the safety of any other person and the community. See 18 U.S.C. §§
10 3142(e) and (f); United States v. Motamedi, 767 F.2d 1403, 1406 (9th Cir. 1985).

11       Defendant did not request a full bail hearing at this time, but reserved the right to present
12 information at a future bail hearing should his circumstances change. See 18 U.S.C. § 3142(f) (a
13 defendant has the right at a section 3142(f) hearing to, with the assistance of counsel, testify,
14 present witnesses, cross-examine adverse witnesses, and present evidence by proffer or
15 otherwise).

16 **ORDER**

17       Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C.
18 § 3142(c) will reasonably assure the appearance of defendant as required and the safety of any
19 other person and the community. Because defendant waived his right to present information
20 pursuant to 18 U.S.C. § 3142(f) without prejudice to raising any relevant information at a later
21 hearing, the Court orders that the hearing may be reopened at defendant's request at a future
22 time.

23       Defendant is committed to the custody of the Attorney General or a designated
24 representative for confinement in a corrections facility separate, to the extent practicable, from
25 persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. §
26 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with
27 counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an
28 attorney for the government, the person in charge of the corrections facility must deliver

defendant to the United States Marshal for a court appearance.  <u>See</u> 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: August 31, 2011

_____
LAUREL BEELER
United States Magistrate Judge