1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | No. CR-11-00583 SBA |
| 12          Plaintiff, | )) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| 13     v. | ) | AND SENTENCING ON DECEMBER 14, 2011 AND TO EXCLUDE TIME UNDER |
| 14   ALEJANDRO GUTIERREZ, | ) | THE SPEEDY TRIAL ACT |
| 15          Defendant. | ) | Date:    October 3, 2011 |
| 16 | ) ) | Time:    10:00 a.m. Court:   Hon. Saundra Brown Armstrong |

17 _____

18

19       The parties jointly requested that the October 3, 2011 status hearing be vacated and that

20 this matter be set for change of plea and sentencing on December 14, 2011 at 10:00 a.m. The

21 parties further requested that time be excluded under the Speedy Trial Act between September

22 30, 2011 and December 14, 2011 to allow time for the Court to consider the proposed plea

23 agreement to be entered into by the defendant and the attorney for the government, and to allow

24 time for the preparation of a Presentence Investigation Report by the United States Probation

25 Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation

26 Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant

27 to 18 U.S.C. § 3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 14, 2011 & TO EXCLUDE TIME
No. CR-11-00583 SBA

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2    January 12, 2012 at 10:00 a.m., and that time between September 30, 2011 and January 12, 2012
3    2011 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
4    3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
5    the defendant and the attorney for the government.
6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7    Presentence Investigation Report.

9    DATED:10/3/11                                          _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
10                                                          United States District Judge