STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
GABRIELA BISCHOF
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email:         Gabriela_Bischof@fd.org

Counsel for Defendant Alejandro Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 11-00583-001 SBA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| ALEJANDRO GUTIERREZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1.   Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.   Defendant's original guideline calculation was as follows:

    Total Offense Level: 25

    Criminal History Category: I

    Guideline Range: 60 to 71 months

    Mandatory Minimum: 60 months

3.  Defendant was sentenced to 84 months imprisonment on March 21, 2012.

4.  According to the Bureau of Prisons, Defendant's current projected release date is September 19, 2019.

5.  Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.  Defendant's revised guideline calculation is as follows:

    Total Offense Level: 23

    Criminal History Category: I

    Guideline Range: 60 months

    Mandatory Minimum: 60 months

7.  The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.  Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to 60 months, effective November 1, 2015.

9.  The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| January 14, 2015 | /s/ |
| DATED | MELINDA L. HAAG<br>United States Attorney<br>J. DOUGLAS WILSON<br>Assistant United States Attorney<br>Northern District of California |
| January 14, 2015 | /s/ |
| DATED | STEVEN G. KALAR<br>Federal Public Defender<br>GABRIELA BISCHOF<br>Assistant Federal Public Defender<br>Northern District of California |

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

| | |
|---|---|
| 1/21/2015 | *(signature)* |
| DATED | SAUNDRA BROWN ARMSTRONG<br>United States District Judge |

*3582 STIP*, CR 11-00583-001 SBA
DEF. ALEJANDRO GUTIERREZ.                3